NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3074

BRYANT C. JONES,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

On petition for review of the Merit Systems Protection Board
in case no. CH0752090905-I-1.

ON MOTION

## ORDER

The Department of Justice moves without opposition to reform the official caption to designate the Merit Systems Protection Board as the respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The deciding agency is designated as the respondent when the Board reaches the merits of the underlying case.

In this case, the Board dismissed the appeal for lack of jurisdiction. Thus, the Board is the proper respondent.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

<u>MAR 2 6 2010</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:   Gregory Tyrone Mitchell, Esq.
      Tara K. Hogan, Esq.
      Sara B. Rearden, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 6 2010

JAN HORBALY
CLERK

2010-3074                                2